# VERIFICATION

State of New Jersey

County of Monmouth SS.

Poulat Alayev, being duly sworn, deposes and says:

Under penalty of perjury, I declare that I have read the foregoing complaint and that the facts alleged are true and correct to the best of my knowledge and belief.

Signed this 23rd day of March, 2022.

Sworn to before me this 23rd day of March, 2022.

_____
Notary Public

19

Scanned with CamScanner