UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: DONALD J. WEISS, ESQ.

POULAT ALAYEV, DERIVATIVELY ON BEHALF OF UNPA GROUP LIMITED

Plaintiff(s)

Index # 1:22-CV-01609-LDH-PK

- against -

Purchased March 24, 2022

ARKADY (ARIHAY) KAIKOV, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 10, 2022 at 03:20 PM at

510 CEDAR SWAMP ROAD
JERICHO, NY 11753

deponent served the within SUMMONS & VERIFIED COMPLAINT on ARKADY (ARIHAY) KAIKOV therein named,

| | |
|---|---|
| AFFIXING TO DOOR | by affixing a true copy of each to the door of said premises, which is the Defendant's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:<br><br>May 4, 2022 AT 7:08 AM    May 7, 2022 AT 7:13 PM<br>May 10, 2022 AT 3:20 PM |
| MAILING | Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at<br><br>510 CEDAR SWAMP ROAD<br>JERICHO, NY 11753<br><br>and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 12, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.<br><br>Spoke with MR. MEDLIN, NEIGHBOR at 506 CEDAR SWAMP ROAD JERICHO NY who stated that the Defendant lives at the afforementioned address but was unable to divulge the Defendant's place of employment. |
| MILITARY SERVICE | Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act. |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST NAME.

Sworn to me on: May 12, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

DAVID KLEINBERG

Invoice #: 784393

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045