**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------------

POULAT  ALAYEV, et  al

_____

                          Plaintiff,

          -

        against-

ARKADY (ARIHAY) KAIKOV et al

                      Defendants.

-------------------------------------------------------------------------------------

**REQUEST FOR**
**CERTIFICATE**
**OF DEFAULT**
22-CV-1609

TO:   DOUGLAS C. PALMER
      UNITED  STATES  DISTRICT  COURT
      EASTERN DISTRICT  OF NEW YORK

      Please enter the defaults of defendant ARKADY (ARIHAY) KAIKOV for failure to

plead o r  otherwise defend this action, as fully appears from the court file herein and

from the attached affirmation of Donald J. Weiss, Esq..

Dated: June 10, 2022

*Donald J. Weiss*
_____
Donald J. Weiss, Esq. (7619)
Attorney for Plaintiff
830 Long Island Avenue
Deer Park, NY 11729
(212) 967-4440