UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

POULAT ALAYEV, Derivatively on behalf of UNPA GROUP LIMITED,

                   Plaintiffs,

-against-

ARKADY (ARIHAY) KAIKOV, ZHENISBEK BAKBERGEN, NIGARA KHIDOYATOVA, ANDRE STECKLER, STEWARTON LIMITED and UNPA GROUP LIMITED,

                   Defendants.

---

Civil Action No. 1:22-cv-01609

NON-MILITARY AFFIDAVIT

STATE OF NEW YORK   )
                            ) SS:.
COUNTY OF KINGS    )

I, Poulat Alayev, depose and say the following under penalties of perjury:

1. I am the plaintiff in this action and am over 18 years of age.

2. This affidavit is made pursuant to the United States Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Sec 501 ff., for the purposes of obtaining a judgment by default against the individual defendant, ARKADY (ARIHAY) KAIKOV, in the above entitled action.

3. I have first-hand knowledge that the defendant ARKADY (ARIHAY) KAIKOV is not at the present time a person in military service. The definition of "person in military service" used herein is that set forth at 50 U.S.C.A. App. Sec.511 (1):

"All members of the Army of the United Sates, The United States Navy, The United States Air Force, the Marine Corps, the Coast Guard, and all officers of the Public Health Service detailed by proper Authority for duty. The term "military service", as used in this Act shall signify Federal service on active duty with any branch of service heretofore referred to or mentioned as well as training or education under the supervision of, the United States preliminary to induction into the military service."

4. I know that the defendant is 48 years old who is engaged in international trade. Defendant ARKADY (ARIHAY) KAIKOV is a business person who resides in Nassau County, New York, is engaged in international trade and commerce and holds himself out to be

1

an international trade executive or manager exclusively. I have interacted in phone conversations with the defendant ARKADY (ARIHAY) KAIKOV on numerous occasions in the past two years regarding a number of current and potential business transactions. At no time defendant ARKADY (ARIHAY) KAIKOV ever mentioned serving in the military including National Guard or planning to join military service or the National Guard.

     5. From the facts above set forth, I am convinced that the defendant is not a person in military service.

_____
Poulat Alayev

Sworn to before me this
9th day of June, 2022

_____
Notary Public

BERNARD H. UDELL
Notary Public, State of New York
No. 02UD6024810
Qualified in Kings County
Commission Expires ~~May 17, 2001~~ July 2, 2023