UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| POULAT ALAYEV, Derivatively on behalf of UNPA GROUP LIMITED, | Civil Action No. 22CV1609 |
| -against- | **PROPOSED CERTIFICATE OF DEFAULT** |
| ARKADY (ARIHAY) KAIKOV, ZHENISBEK BAKBERGEN, NIGARA KHIDOYATOVA, ANDRE STECKLER, STEWARTON LIMITED and UNPA GROUP LIMITED, | |
| Defendants. | |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendant ARKADY (ARIHAY) KAIKOV has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant ARKADY (ARIHAY) KAIKOV is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
_____, 2022

DOUGLAS C. PALMER, Clerk of Court

By:_____
      Deputy Clerk