LAW OFFICE OF
# DONALD J. WEISS
830 LONG ISLAND AVENUE
DEER PARK, NEW YORK 11729
212-967-4440
DJWLAW@MINDSPRING.COM

June 29, 2022

**VIA ECF**
Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Alayev et al v. Kaikov et al; Case no. 22CV1609

Dear Judge Kuo:

    I am the attorney for plaintiff in the referenced matter. The case is currently scheduled for an initial conference on July 6, 2022.

    At this time, the service of process is in various stages on the remaining defendants in the case, a procedure made complicated by virtue of the defendants (both individual and corporate) residing in California, Kazakhstan, Germany and Tortola, BVI.

    It is therefore respectfully requested that the initial conference be adjourned without date, pending the completion of service. It is anticipated that it may take up to an additional 60 days to complete. Once service has been completed, I will so advise the Court.

    There have been no prior requests for adjournment. I have spoken with the attorney for Arkady Kaikov, who has appeared on said defendant's behalf in the action, and he has no objection to the request. The requested adjournment will not affect any other scheduled dates or deadlines.

    Thank you for your time and attention herein.

Very truly yours,

*Donald J. Weiss*

Donald J. Weiss