UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

POULAT ALAYEV, Derivatively on behalf of
UNPA GROUP LIMITED,

                Plaintiffs,

   -against-

ARKADY (ARIHAY) KAIKOV, ZHENISBEK
BAKBERGEN, NIGARA KHIDOYATOVA,
ANDRE STECKLER, STEWARTON LIMITED,
and UNPA GROUP LIMITED,

                Defendants.

Civil Action No. 22-CV-1609

---

## NOTICE OF MOTION TO SET ASIDE DEFAULT PURSUANT TO FRCP 55(C)

**PLEASE TAKE NOTICE** that upon the annexed motion and accompanying memorandum of law, the Defendant ARKADY (ARIHAY) KAIKOV through their attorneys, Alexander Kadochnikov, Esq., will move this Court before the Honorable U.S. District Judge LaShann DeArcy Hall at the United States District Court for the Eastern District of New York Court at 225 Cadman Plaza East, Brooklyn, NY, 11201, Courtroom – 4H North on September 29, 2022 at 9:30 a.m. or as soon thereafter as counsel can be heard, for an Order: (1) Pursuant to FRCP 55(c) and 60(b) – vacating the Clerk's default entered on June 11, 2022 together with such other and further relief this Court deems just and proper

**PLEASE TAKE FURTHER NOTICE** Pursuant to FRCP 6(c)(2), any opposing affidavits must be served at least 7 days before the hearing, unless the court permits service at another time

Dated: August 29, 2022
      Kew Gardens, New York

<u>/s/ Alexander Kadochnikov, Esq.</u>
**Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
Counsel for Defendants ARKADY (ARIHAY) KAIKOV
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-577-3261
akadochnikov@sbagk.com

TO:    (VIA ECF)
        LAW OFFICE OF DONALD J. WEISS
        830 LONG ISLAND AVENUE
        DEER PARK, NEW YORK 11729
        212-967-4440
        DJWLAW@MINDSPRING.COM