LAW OFFICE OF
# DONALD J. WEISS
830 LONG ISLAND AVENUE
DEER PARK, NEW YORK 11729
212-967-4440
DJWLAW@MINDSPRING.COM

August 29, 2022

**VIA ECF**
Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Alayev et al v. Kaikov et al; Case no. 22CV1609

Dear Judge Kuo:

    I am the attorney for plaintiff in the referenced matter. This joint status report is submitted in accordance with the Court's instructions.

    At this time, service has been completed on defendants Arkady Kaikov and Nigara Khidoyatova. Defendant Kaikov's answer was due May 30, 2022. No answer has been filed on behalf of said defendant. A motion to vacate the default was filed on August 29. Defendant Khidoyatova's answer is due September 12, 2022.

    Ongoing efforts to serve defendant Andre Steckler, who resides in Germany, and Zhenisbek Bakbergen, who resides in Kazakhstan, continue. According to information furnished, those defendants have been actively avoiding service. Compliance with procedures continue in an effort to serve defendant Stewarton Limited, the Tortola, BVI corporation.

    Respectfully submitted

    *Donald J. Weiss*
    Donald J. Weiss