IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| POULAT ALAYEV, Derivatively on behalf of UNPA GROUP LIMITED, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)A(i)** |
| Plaintiffs, | |
| -against- | Civil Action No. 1:22-cv-01609 |
| ARKADY (ARIHAY) KAIKOV, ZHENISBEK BAKBERGEN, NIGARA KHIDOYATOVA, ANDRE STECKLER, STEWARTON LIMITED and UNPA GROUP LIMITED, | |
| Defendants. | |

**NOTICE OF VOLUNTARYDISMISSAL PURSUANT TO F.R.C.P 41(a)(1)A(i)**

Pursuant to F.R.C.P. 41(a)(1)A(i) of the Federal Rules of Civil Procedure, the plaintiff, POULAT ALAYEV and/or his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants.

Dated: September 12, 2022

*Donald J. Weiss*
Donald J. Weiss, Esq. (7619)
Attorney for Plaintiff
830 Long Island Avenue
Deer Park, NY 11729
(212) 967-4440